UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NATIONAL POLICE ASSOCIATION, INC., et al.,

  Plaintiffs,

 v.           Case No. 1:22-cv-237
             JUDGE DOUGLAS R. COLE

NEW ALBANY PARK CONDOMINIUM
ASSOCIATION BOARD OF DIRECTORS, et al.,

  Defendants.

## ORDER

The Court, upon review of the record, notes that the above-styled case was erroneously filed in the Western Division of the Southern District of Ohio at Cincinnati.

The case is hereby **TRANSFERRED** from the docket of the Honorable Douglas R. Cole to the Office of the Clerk for reassignment to the Eastern Division of the Southern District of Ohio at Columbus.

  SO ORDERED.

May 9, 2022
**DATE**                **DOUGLAS R. COLE**
                  **UNITED STATES DISTRICT JUDGE**